Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Chet HOEUNG |
| **Docket Number:** | 2:10CR00296-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/24/2008 |
| **Original Offense:** | 21 USC 841(a)(1) - Possession With Intent to Distribute Marijuana (CLASS D FELONY) |
| **Original Sentence:** | 37 months custody Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment |
| **Special Conditions:** | 1) Drug/alcohol testing and co-payment; 2) Substance abuse treatment and co-payment; 3) Warrantless search; 4) Alcohol abstinence/restrictions; 5) Notify probation officer 10 days prior to change of address; 6) Not possess police scanner or computer hardware or software to enable his monitoring of law enforcement activity; 7) Obtain G.E.D. while incarcerated |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/19/2012 |
| **Assistant U.S. Attorney:** | Michael McCoy    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda Harter    **Telephone:** (916) 498-5700 |

**RE:**   Chet HOEUNG
   **Docket Number:**  2:10CR00296-01
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**08/02/2010**: A Probation Form 22 was filed transferring jurisdiction from the District of Montana to the Eastern District of California.

**02/16/2012**: A Form 12C - Petition for Warrant of Summons for Offender Under Supervision, was filed as the offender absconded supervised release supervision, and his whereabouts remained unknown. On this date, the Court ordered the issuance of a No Bail Warrant.

**07/27/2012**: The offender was arrested by United States Marshal Service. The offender appeared before the United States Magistrate Gregory G. Hollows, and ordered detained with further appearance, Admit/Deny Hearing, before your Honor.

**08/09/2012**: The offender admitted to Charges 1 and 2 of the petition.

**09/06/2012**: The offender was sentenced to 4 months custody of the Bureau of Prisons and 32 months Supervised Release. Special conditions include: 1) Warrantless search; 2) Financial disclosure; 3) Substance abuse treatment; 4) Drug/alcohol testing; 5) Alcohol abstinence/restrictions; 6) Surrender to a duly authorized Immigration official for deportation proceedings.  If deported, remain outside of the United States and not re-enter without consent; 7) Register as a drug offender; 8) Not possess police scanner or computer hardware or software to enable his monitoring of law enforcement activity; 9) Participate in a residential community center for up to 180 days.

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

10. The defendant shall reside and participate in a residential community corrections facility for a period of up to 240 days; said placement shall commence on May 25,

**RE:** Chet HOEUNG
**Docket Number:** 2:10CR00296-01
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

2013, pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Chet Hoeung recommenced supervised release on November 19, 2012, following the revocation of his previous term for absconding and a new law violation. The Court ordered his placement at a residential community center in order to allow Mr. Hoeung an opportunity to establish a viable release plan for his integration back into the community. During his imposed incarceration his work visa expired, and he is in the process of securing the issuance of a new visa. While in the Residential Reentry Center (RRC), Mr. Hoeung has not established a viable release plan, nor has he secured the work visa. However, he enrolled in and completed a culinary program through St. Vincent DePaul community services. He was subsequently authorized to participate in the Le Cordon Bleu culinary program in San Francisco, California.

In order to allow him the opportunity to secure his work visa and attend the Le Cordon Bleu culinary program, he has requested the extension of his public law placement for up to 240 days at the RRC. Mr. Hoeung signed the Probation Form49 - Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to his placement at the RRC, which is on file.

Respectfully submitted,

*/s/ George A. Vidales*

**GEORGE A. VIDALES**
**Senior United States Probation Officer**
Telephone:  (916) 683-3324

**DATED:**   April 16, 2013
Elk Grove, California
GAV/sda


**REVIEWED BY:**   */s/ Jack C. Roberson*
**JACK C. ROBERSON**
**Supervising United States Probation Officer**

**RE:** Chet HOEUNG
  **Docket Number:** 2:10CR00296-01
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

( )   Modification not approved at this time.  Probation Officer to contact Court.

( )   Other:

   IT IS SO ORDERED.

 Date:  April 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE